

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00168-CR

ERIC MOSQUEDA,

                                         **Appellant**

 v.

THE STATE OF TEXAS,

                                         **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2013-1757-C2

## O R D E R

Appellant's Unopposed Motion to File Amended Brief for Appellant, filed on December 7, 2015, is granted. Appellant's amended brief is filed as of the date of its receipt.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed December 17, 2015

